

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-69,723-02

### EX PARTE AARON BERNARD CARTER, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. W13-56070-T (A) IN THE 283RD DISTRICT COURT FROM DALLAS COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of the offense of sexual assault and sentenced to imprisonment for thirty years.

Applicant filed the habeas application in the trial court on October 3, 2017. On November 9, 2017, the trial court entered an order designating issues. There are no findings in the habeas record resolving the controverted factual issues. This application is remanded to the 283rd District Court of Dallas County to allow the trial judge to complete an evidentiary investigation and enter findings of fact and conclusions of law.

This application will be held in abeyance until the trial court has resolved the fact issues. The issues shall be resolved within 90 days of this order. A supplemental transcript containing all affidavits and interrogatories or the transcription of the court reporter's notes from any hearing or deposition, along with the trial court's supplemental findings of fact and conclusions of law, shall be forwarded to this Court within 120 days of the date of this order. Any extensions of time must be requested by the trial court and shall be obtained from this Court.

Filed: December 20, 2017
Do not publish